**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Diana Guadalupe Aragon-Flores,

Petitioner,

v.

Unknown Party, et al.,

Respondents.

No. CV-26-05924-PHX-SHD

**ORDER**

On August 21, 2026, Petitioner filed this action under 28 U.S.C. § 2241 challenging her immigration detention. (Doc. 1.) The Court ordered Respondent to respond to the Petition. (Doc. 3.) Respondents' response stated: "Respondents do not oppose the habeas petition nor the requested relief to the extent Petition seeks an individualized bond hearing pursuant to 8 U.S.C. § 1226(a)." (Doc. 5.) The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus Petition and ordering Respondents to provide Petitioner with a bond hearing. Accordingly,

**IT IS ORDERED:**

(1) Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** as to Petitioner's request for a bond hearing.

(2) Respondents must provide Petitioner a bond redetermination hearing within **seven (7) days** or release Petitioner from custody under the same conditions that existed before Petitioner's detention. Petitioner – including any counsel – must be given at least two days' notice of the bond hearing. Should Petitioner request a continuance of the

bond hearing, Respondents must notify the Court and provide the continued date for the bond hearing.

(3) Respondents must provide a notice of compliance within **three days** of releasing Petitioner or providing Petitioner a bond hearing.

(4) Any pending motions are denied as moot and the Clerk of Court must enter judgment in Petitioner's favor and close this case.

Dated this 26th day of August, 2026.

Honorable Sharad H. Desai
United States District Judge